[Civil No. 3120. Filed February 8, 1932.]

[7 Pac. (2d) 946.]

ABRAHAM ACKERMAN, Appellant, v. A. KAUFMAN and ANNIE KAUFMAN, His Wife, Appellees.

Mr. Abraham Ackerman, *in pro. per.*

Mr. Milton M. Cohan and Messrs. Conner & Jones, for Appellees.

PER CURIAM.—This case is in the same situation as cause No. 3119, *Ackerman* v. *Southern Arizona Bank & Trust Co., ante,* p. 484, 7 Pac. (2d) 944, and must abide the decision therein.

It is so ordered.